UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLARK A. HULS,

          Plaintiff,

-vs-                                      Case No. 6:10-cv-538-Orl-18GJK

LUSAN C. LLABONA,
LUSAN C. LLABONA,

          Defendants.

---

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

DONE and ORDERED in Orlando, Florida, this _20_ day of April, 2010.

                                  G. KENDALL SHARP
                                  Senior United States District Judge

Copies to:

Counsel of Record