# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLARK A. HULS,**

                    **Plaintiff,**

**-vs-**                                          **Case No. 6:10-cv-538-Orl-31GJK**

**LUSAN C. LLABONA,**
**LUSAN C. LLABONA, P.A.**

                    **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S EX PARTE MOTION FOR INJUNCTIVE RELIEF (Doc. No. 9)**
>
> **FILED:**      April 19, 2010
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On April 19, 2010, Clark A. Huls (the "Plaintiff"), proceeding pro se, filed an Ex Parte Motion for Injunctive Relief (the "Motion") requesting that he be allowed to file documents electronically using the Court's CM/ECF system. Doc. No. 9. Plaintiff states that the Motion was filed "ex parte" because "it has no material effect upon the opposition." Doc. No. 9 at ¶ 2. This is an insufficient basis for filing a motion ex parte. Thus, the Motion is **DENIED** for failing to comply with Local Rule 3.01(g).

In the Motion, Plaintiff argues that it is fundamentally unfair for Plaintiff, as a pro se litigator, to file documents in paper form because: 1) it causes significant delays by sending and receiving filings by mail; 2) it costs more to send filings in the mail; and 3) Plaintiff loses 5.375 square inches per page. The Administrative Procedures For Electronic Filing in Civil and Criminal Cases provides: "Unless authorized to file electronically, a pro se filer shall file any pleading and other paper in paper format." *Id*. at III(C). Plaintiff's arguments apply equally to every pro se litigator and do not provide good cause warranting an exception for Plaintiff. Thus, the Motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Parties

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE