FILED

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CLARK A. HULS,

    Plaintiff,

v.   Case No. 6:10-cv-00538-31GJK

LUSAN C. LLABONA,

LUSAN C. LLABONA, P.A.,

    Defendants.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Clark A. Huls, Lusan C. Llabona, and Lusan C. Llabona, P.A..**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**I am unaware of any other entity with an interest.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**I am unaware of any other entity with an interest.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:     **Clark A. Huls**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I HEREBY CERTIFY that a true and correct copy of the forgoing has been given to the Clerk of the Court for filing and uploading to the CM/ECF system and furnished via email this 28th day of April 2010 to Marjorie Hensel, Esquire, whose email is mshensel@mdwcg.com.

_____
CLARK A. HULS, *pro se*
2862 Pine Avenue
Mims, FL 32754
Telephone: (407) 466-9018
Facsimile: (813) 944-4942
E-mail address: clarkhuls@gmail.com