UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLARK A. HULS, a natural person,

      Plaintiff,

Vs.                                                Case No. – TBD

LUSAN C. LLABONA, ESQUIRE,
A natural person, and
LUSAN C. LLABONA, P.A.,
A professional service corporation, et al.,

      Defendants,
_____/

## DEFENDANTS' REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SANCTIONS

COME NOW, Defendants, LUSAN C. LLABONA, ESQUIRE and LUSAN C. LLABONA, P.A., by and through their undersigned counsel, and hereby file this Motion to Request Leave to File a Reply to Plaintiffs' Response (Doc. 17) to Defendants' Motion to Dismiss and Motion (Docs. 10 and 14) and state as follows:

1. Pursuant to Local Rule 3.01(c), the Defendants request leave to file a short reply to Document #17, the Plaintiffs' Response to Defendant's Motion to Dismiss and Motion for Sanctions.

2. The Plaintiff proffers new arguments in his Response that were not fully addressed in the Defendants' Motion to Dismiss. The undersigned feels it is necessary to address many of the Plaintiff's digressions and allegations of wrongdoing in his Response that are directed, not only to his clients, but to the undersigned.

3. If granted leave, the Defendants' reply will be no more than five pages in length, contain no exhibits, and be filed within 3 days of the Court's grant of leave.

1

WHEREFORE, Defendants, LUSAN C. LLABONA, ESQUIRE and LUSAN C. LLABONA, P.A., respectfully request this Court GRANT their Motion for Leave to File a Reply.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document has been electronically filed with the Clerk of the Court using the CM/ECF e filing system on this 29th day of April 2010, to **Clark A. Huls,** Pro Se Plaintiff, 2862 Pine Avenue, Mims, FL 32754.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
Attorneys for Defendants, Lusan C. Llabona, Esq. and Lusan C. Llabona, P.A.
201 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Phone: (813)472-7800
Fax: (813)472-7811

By: /s/ Phillip J. Harris
**MARJORIE S. HENSEL, ESQ.**
Florida Bar No. 771820
**PHILLIP J. HARRIS, ESQ.**
Florida Bar No. 0044107