# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLARK A. HULS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. 6:10-cv-538-Orl-31GJK

**LUSAN C. LLABONA,**
**LUSAN C. LLABONA, P.A.**

        **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's Motion to Strike (Doc. 23) and Defendant's response thereto (Doc. 24), it

**ORDERED** that said Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 4, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE