UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLARK A. HULS,**

          **Plaintiff,**

**-vs-**                                 **Case No. 6:10-cv-538-Orl-31GJK**

**LUSAN C. LLABONA,**
**LUSAN C. LLABONA, P.A.**

          **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration (Doc. 27) of the Court's Order dismissing his complaint (Doc. 26) and Defendant's Response thereto (Doc. 28), it is

**ORDERED** that Plaintiff's Motion is DENIED. Plaintiff asserts no valid basis for this Court to reconsider its prior ruling. Moreover, Plaintiff's request to amend is without merit because the proposed amended complaint does not state a viable claim for relief.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 16, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE