**FILED**

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2010 AUG -2 PM 3: 43

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CLARK A. HULS,

    Plaintiff,

v.

LUSAN C. LLABONA,

LUSAN C. LLABONA, P.A.,

    Defendants.

Case No. 6:10-cv-00538-31GJK

3 5595

$455.00

## NOTICE OF APPEAL

Notice is hereby given that Clark A. Huls, plaintiff in the above named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the June 7th, 2010, Order (Doc. 26), granting Defendants' Motion to Dismiss (Doc. 10); and the April 27th, 2010, Order (Doc. 12), which denied the Plaintiff's Motion, (Doc. 9), to submit filings through the Court's CM/ECF system.

Respectfully submitted,

_____
Clark A. Huls, *pro se*
2862 Pine Avenue
Mims, FL 32754
Telephone: (407) 466-9018
Facsimile: (813) 944-4942
E-mail address: clarkhuls@gmail.com

I DECLARE under penalty of perjury that the foregoing is true and correct and I further certify that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system on the 2nd day of August 2010.

_____
Clark A. Huls, *pro se*
2862 Pine Avenue
Mims, FL 32754
Telephone: (407) 466-9018
Facsimile: (813) 944-4942
E-mail address: clarkhuls@gmail.com